# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138702 & (17)

MAXINE HANNERS, Personal Representative
of the Estate of CHARLES HANNERS,
Deceased,
      Plaintiff-Appellee,

v

SIVA SANKARAN, M.D.,
      Defendant-Appellant.

SC: 138702
COA: 287233
Genesee CC: 03-077550-NH

_____/

      On order of the Court, the motion for stay is GRANTED. Trial court proceedings are stayed pending the completion of this appeal. The application for leave to appeal the January 20, 2009 order of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2009

_____
Clerk

d0603